Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Walter I. West*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Walter I. West, <br><br> Plaintiff, <br> v. <br><br> Equifax Information Services, LLC and Trans Union LLC, <br><br> Defendants. | Case No.: 2:17-cv-01217-JAD-PAL <br><br> **Notice of Settlement between Plaintiff and Defendants** |

## NOTICE

The disputes between Plaintiff Walter I. West ("Plaintiff") and Defendants Equifax Information Services, LLC and Trans Union LLC ("Defendants") have been resolved.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendants, with prejudice, within 60 days—on or before **November 24, 2017**.

DATED this 25th day of September 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **November 24, 2017**, to either file a stipulation to dismiss as to the settling parties, or a joint status report advising when the stipulation will be filed.

Dated this 26th day of September, 2017.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 25, 2017, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
    Michael Kind
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148