1  Michael Kind, Esq. (SBN: 13903)
2  KAZEROUNI LAW GROUP, APC
   6069 South Fort Apache Road, Suite 100
3  Las Vegas, Nevada 89148
   Phone: (800) 400-6808 x7
4  FAX: (800) 520-5523
5  mkind@kazlg.com

6  David H. Krieger, Esq. (SBN: 9086)
7  HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 350
8  Henderson, Nevada 89123
9  Phone: (702) 880-5554
   FAX: (702) 385-5518
10 dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff Walter I. West*

12

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Walter I. West, | Case No. 2:17-cv-1217-JAD-PAL |
| Plaintiff, | **Joint Status Report Regarding Settlement between Plaintiff and Equifax Information Services, LLC** |
| v. | |
| Equifax Information Services LLC and Trans Union LLC, | |
| Defendants. | |

# JOINT STATUS REPORT

The dispute between Plaintiff Walter I. West and Defendant Equifax Information Services, LLC ("Defendant" and jointly as the "Parties") has been resolved.

The Parties have agreed as to the settlement terms and have exchanged a final settlement agreement. The Parties are waiting for an executed copy of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **December 24, 2017**.

DATED this 27th day of November 2017.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/ Bradley T Austin
Bradley T Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Equifax Information Services, LLC*

**IT IS SO ORDERED** this 28th day of November, 2017.

Peggy A. Leen
United States Magistrate Judge

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 27, 2017, the foregoing Joint Status Report Regarding Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148